# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3059 direct
bmurphy@sheppardmullin.com

April 16, 2024

**MEMO ENDORSED**

<u>VIA ECF</u>

Hon. Jessica G.L. Clarke
United States District Judge
USDC Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Gonzalez v. Family Dollar Stores of New York, LLC*
      Case No. 24-CV-00447-JGLC

Dear Judge Clarke:

We represent Family Dollar Stores of New York, LLC ("Family Dollar") in the above-referenced matter. We write to request that the Parties be excused from participation in mediation under the Southern District of New York's Alternative Dispute Resolution Program. (ECF No. 14). Plaintiff Betty Gonzalez "cannot join, but [does] not oppose [this] letter."

The Parties participated in lengthy pre-litigation settlement discussions, and renewed those discussions more recently. Family Dollar believe some discovery, and in particular, the deposition of Plaintiff, will be necessary before potentially productive settlement discussions can take place. Family Dollar therefore believes that it would best conserve their resources if the Court would enter a Case Management Plan and accompanying discovery schedule at the Initial Pretrial Conference scheduled for May 2, 2024 at 11:00AM.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Brian D. Murphy

Brian D. Murphy
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4887-3774-2007.1
cc:   All Counsel of Record

The parties are excused from the mediation referral. *See* ECF No. 14. The parties are reminded that the joint letter and proposed case management plan are due no later than **April 25, 2024**. *See* ECF No. 5.

The Clerk of Court is directed to terminate ECF No. 15.

Dated: April 17, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge